UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES R. TAYLOR,
    Plaintiff,

vs.                                        CASE NO. 8:12-CIV-746-T-17-AEP

TAYLOR MADE PLASTICS, INC.,
    Defendant.
_____/

### ORDER

This cause is before the Court on the defendant's motion to stay and/or abate proceedings (Doc.10) and the response thereto (11 and 12 ). The Court finds the motion well-taken and adopts it by reference herein. Accordingly, it is

**ORDERED** that the motion to stay (Doc. 10) be **granted**. The parties shall file a status report on this case every thirty days starting on August 27, 2012.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 26th day of July, 2012.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record